■ In the Matter of DAVID FALK et al., Respondents, v. JAMES A. LUNDY et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.— Order reversed, on the law and the facts, and petition dismissed, with $75 costs. (See *Matter of First Sterling Corp.* v. *Lundy*, 14 A D 2d 193, affd. 11 N Y 2d 836.) Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.